THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03365-RPM

PAULINE M. RODRIGUEZ,

      Plaintiff,

v.

CROCS, INC., d/b/a CRACKER BARREL OLD COUNTY STORE,

      Defendant.

_____

ORDER DENYING PLAINTIFF'S MOTION FOR REMAND
_____

      This civil action was removed from the District Court for the City and County of Denver, by the Notice of Removal, filed December 12, 2013, asserting jurisdiction based on diversity of citizenship, 28 U.S.C. § 1332.  On December 30, 2013, the plaintiff filed a motion to remand, asserting removal is improper because the amount in controversy has not been shown to exceed $75,000.00.  It is clear from the allegations of the complaint that the plaintiff is claiming more than $75,000.00 and the motion to remand does not unequivocally limit the recovery to less than that jurisdictional amount and it is therefore,

      ORDERED that the motion to remand is denied.

      Dated: January 2nd , 2014

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge