IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 13-cv-03365-RPM

PAULINE M. RODRIGUEZ,

      Plaintiff,

v.

CBOCS West, Inc.

      Defendant.

_____

**ORDER FOR DISMISSAL WITH PREJUDICE**
_____

THIS MATTER having come before the Court on the parties' Stipulation for Dismissal with Prejudice, and the Court, having reviewed the Stipulation and being fully advised,

DOES HEREBY ORDER that Plaintiff's claims against Defendant CBOCS West, Inc. incorrectly named herein as CBOCS, Inc., d/b/a Cracker Barrel Old Country Store, are dismissed with prejudice, each party to bear their own attorney's fees and costs.

ORDERED this 4th day of November, 2014.

      BY THE COURT:

      s/Richard P. Matsch

      _____
      Richard P. Matsch, Senior Disrict Judge